IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTUS PARTNERS, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | |
| GLOBUS MEDICAL, INC., | : | NO. 13-822 |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this   28th     day of October, 2013, it is **ORDERED** that the following claim constructions are adopted:

The claim term "groove" requires no construction, the plain and ordinary meaning applies.

The claim term "first and second shoulders" is construed to mean "first and second abrupt projections that form an abutment on an object or limits motion."

The claim term "third and fourth shoulders" is construed to mean "third and fourth abrupt projections that form an abutment on an object or limits motion."

The claim term "extending . . . from at least one of the first and second slots toward the other of the first and second slots", requires no construction.  The plain and ordinary meaning applies.

The claim term "the head of the fastener is retained within the tulip" is to be construed to mean "the head of the fastener is held secure or intact within the tulip."

The claim term "slide over" requires no construction.  The plain and ordinary

meaning of the words apply.

The claim term "A lip of the tulip at the periphery of the first open end of the tulip" requires no construction. The plain and ordinary meaning applies.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE