# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTUS PARTNERS, LLC | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| GLOBUS MEDICAL, INC. | : | NO. 13-822 |

## O R D E R

**AND NOW**, this 12th day of November, 2013, upon consideration of the arguments presented by the parties in their memoranda, it is hereby **ORDERED THAT**:

1. Defendant and Counterclaim-Plaintiff Globus Medical, Inc's ("Globus or Defendant") Motion to Compel (Doc. No. 38) is **GRANTED**.

2. Plaintiff and Counterclaim-Defendant Altus Partners, LLC ("Altus or Plaintiff") shall produce the following documents to Globus Medical no later than one week from the date of this Order.

    a. Documents bearing production numbers GD0002630-2636, GD0002656-2677, GD0002695-2717 and GD0002723-2745 in unredacted form, and

    b. Any additional documents within Plaintiff's possession, custody or control that relate to the abandonment or revival of U.S. Patent Application Nos. 11/369,122 and or 11/395,945.

3. Each party shall bear its own costs.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    SR. J.